IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MICHAEL R. McEVOY and CINDY P. McEVOY, | § § § |
| Plaintiff, | § § |
| v. | §  CAUSE NO. EP-21-CV-262-KC |
| JENKINS, WAGNON & YOUNG, P.C., | § § § |
| Defendant. | § § |

## ORDER

On this day, the Court considered the above-captioned case. On January 27, 2022, the parties informed the Court that the parties had settled the case. ECF No. 10. Accordingly, unless the parties submit final closing papers **on or before March 14, 2022,** the Court will dismiss the case without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated.

**IT IS FURTHER ORDERED** that the Order for the parties to submit a joint report of the parties' planning meeting, ECF No. 9, is hereby **VACATED**.

**SO ORDERED**.

SIGNED this 28th day of January, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE