**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MICHAEL R. McEVOY and CINDY P. McEVOY,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. EP-21-CV-262-KC |
| **JENKINS, WAGNON & YOUNG, P.C.,** | § § § § | |
| Defendant. | § § | |

**ORDER**

On this day, the Court sua sponte considered the above-captioned case. On January 27, 2022, the parties informed the Court that they had reached a settlement agreement. ECF No. 10. The Court ordered that, unless the parties submitted final closing papers on or before March 14, 2022, the Court would dismiss the case "without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." ECF No. 11.

March 14, 2022, has now passed, and the parties have not submitted final closing papers to the Court. Accordingly, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED**, but without prejudice to the rights of any party to move to reopen **on or before April 15, 2022,** if settlement has not, in fact, been consummated.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** on this 16th day of March, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE